STEPHEN R. MICK (SBN 131569)
*stephen.mick@btlaw.com*
ROYA RAHMANPOUR (SBN 285076)
*roya.rahmanpour.btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: 310-284-3880
Facsimile: 310-284-3894

TODD G. VARE (*Pro Hac Vice*)
*todd.vare@btlaw.com*
JEFF BARRON (*Pro Hac Vice*)
*jeff.barron@btlaw.com*
**BARNES AND THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: 317-236-1313
Facsimile: 317-231-7433

Attorneys for Plainiff
GOOGLE LLC

APPROVED
Judge Edward J. Davila
1/28/2019

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORTIZ & ASSOCIATES CONSULTING, LLC,<br><br>　　　　Defendant. | CASE NO. 3:18-cv-05983-EJD<br><br>**STIPULATION OF DISMISSAL** |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Google LLC, and |
| 2 | Defendant, Ortiz & Associates LLC, hereby stipulate to the dismissal of the action. All claims of |
| 3 | infringement that Defendant raised or could have raised in this action are dismissed WITH |
| 4 | PREJUDICE. All claims, defenses, or counterclaims that Plaintiff raised are dismissed |
| 5 | WITHOUT PREJUDICE. |

Dated: January 28, 2019 **BARNES & THORNBURG LLP**

By:*/s/ Roya Rahmanpour*
    Roya Rahmanpour
    Attorneys for Plaintiff GOOGLE LLC

Dated: January 28, 2019 **RABICOFF LAW LLC**

By:*/s/ Isaac Rabicoff*
    Isaac Rabicoff
    Attorneys for Defendant
    ORTIZ & ASSOCIATES CONSULTING, LLC

ATTESTATION REGARDING SIGNATURES: Pursuant to Local Rule 5-1(i)(3) regarding signatures, I hereby attest under penalty of perjury that I have on file permission to sign for Defendant, Ortiz & Associates Consulting, LLC.

BARNES & THORNBURG LLP

*/s/ Roya Rahmanpour*
    Roya Rahmanpour